UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCIA KORT,

    Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No. 2:09-cv-14090

Honorable Patrick J. Duggan

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

The parties, having stipulated to the entry of this order, and the Court, being fully advised in the premises:

IT IS ORDERED that Plaintiff's Complaint, claims, and causes of action against Defendant JPMorgan Chase Bank, N.A. are dismissed with prejudice, and without costs to any party.

*This order resolves the last remaining claim and closes the case.*

**SO ORDERED.**

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: December 18, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on ,by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager

2

**STIPULATED**:

| | |
|---|---|
| LANDIS & DAY, PLC | DYKEMA GOSSETT PLLC |
| By: /s/ *Edward L. Ewald, Jr.* | By: */s/ Michael J. Blalock* (with permission) |
|    Edward L. Ewald, Jr. (P43751) |    Michael J. Blalock (P68969) |
|    Attorneys for Plaintiff |    Attorneys for JPMorgan Chase Bank, N.A. |
|    614 S. Main Street |    39577 Woodward Avenue, Suite 300 |
|    Plymouth, Michigan 48170 |    Bloomfield Hills, MI 48304 |
|    (734) 667-5310 |    (248) 203-0700 |
|    Email: eewald@landisday.com |    Email: mblalock@dykema.com |
| Dated:  December 18, 2009 | Dated:  December 18, 2009 |